USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-15-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
UNITED STATES OF AMERICA            :
:
-against-                :          **ORDER**
:
:          18-CR-630 (ALC)
:          Docket #
**Duval Francois**                      :
------------------------------------x

**Andrew L. Carter. Jr.**, **DISTRICT JUDGE**:
_____Judge's Name_____

The C.J.A. attorney assigned to receive cases on this day, **Andrew G. Patel** _____ is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC _____.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated:  New York, New York
        7/15/22