UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                                          :

UNITED STATES OF AMERICA         :

       -against-                :           **ORDER**

Duval Francois                   :           18-CR-630 (ALC)

                                               :           Docket #
------------------------------------x


Honorable Andrew L. Carter, Jr.
_____, DISTRICT JUDGE:
    Judge's Name

The C.J.A. attorney assigned to this case
Andrew G. Patel
_____ is hereby ordered substituted
    Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to   Kelly T. Currie  , NUNC-PRO-TUNC _____.

                            Attorney's Name

                            SO ORDERED.

                        _____ 9/21/22
                      UNITED STATES DISTRICT JUDGE


Dated:   New York, New York